**MEMO ENDORSED**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

### ACITO KLEIN & CANDILOROS, P.C.

*Attorneys at Law*

574 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10011

(212) 370-4545
FAX #: (212) 983-1867

April 4, 2008

Via Hand Delivery
Honorable Louis A. Kaplan
United States District Court
500 Pearl Street, Room 1310
New York, New York 10007

     RE:  Alferman v. Riggins
         07-CV-6066-LAK

Dear Honorable Sir:

     This letter is being forwarded at the direction of
Deputy Clerk Andy Mohan. With the consent and permission of all
counsel, it is respectfully requested that the Pre-Trial Order
now due on Monday, April 7, 2008 be adjourned for 1 week to April
14, 2008.

     The parties have been diligently attempting to settle
this matter and in order to minimize legal expense, we request
this short adjournment to continue negotiations and reach a
settlement, which we verily believe will be forthcoming.

     On behalf of all parties, Your Honor's anticipated
consent is acknowledged and appreciated.

                Very truly yours,

                ACITO KLEIN & CANDILOROS, P.C.

                by: William N. Candiloros

cc.
Via Facsimile @ 212 267-7571
Peter Ferraiuolo, Esq.
Atty for Plaintiff

Via Facsimile @ 914 378-3900
Philip M. Aglietti, Esq.
Attorney for Defendant Stein
07.LP6576

SO ORDERED

L. A. Kaplan USDJ